UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RONALD OWEN BILBREY, JR.,

    Petitioner,

v.                                              Case No. 5:10-cv-495-Oc-30TBS

WARDEN, FCC COLEMAN- LOW,

    Respondent.

## ORDER

Before the Court is Petitioner's motion for leave to appeal in forma pauperis. (Doc. 13). Petitioner's appeal is not taken in good faith and Petitioner will be required to pay the $455.00 appellate filing and docketing fees. *See also McIntosh v. United State Parole Comm.*, 115 F.3d 809, 812 (10th Cir. 1997) (Petitioner must demonstrate "the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal"). Petitioner has not identified any issues he intends to raise on appeal. Because the Court has certified that this appeal is not taken in good faith, any request to proceed in forma pauperis should be sent directly to the Eleventh Circuit Court of Appeals. See Fed. R. App. P. 24(a)(5). Petitioner's motion for leave to appeal in forma pauperis (Doc. 13) is **DENIED**.

    **DONE** and **ORDERED** in Tampa, Florida on March 14, 2012.

                                                                       JAMES S. MOODY, JR.
                                                                       UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Parties of Record